UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GARY ORLOWSKI, and
ESTATE OF ALEXANDER L. ORLOWSKI,

       Plaintiff,

v.                                        Case No. 13-cv-1318-pp

MILWAUKEE COUNTY, IRBY E. ALEXANDER,
ANTHONY MANNS, and RONALD K. MALONE,

       Defendants.

---

## ORDER DISMISSING CASE

---

On June 22, 2018, the parties filed a stipulated motion to dismiss the case. Dkt. No. 106. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice and without cost because the matter has been resolved through settlement.

Dated in Milwaukee, Wisconsin this 26th day of June, 2018.

                                                  **BY THE COURT:**

                                                  **HON. PAMELA PEPPER**
                                                  **United States District Judge**